AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Castillo, et. al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 12-CV-3180(AKH) |
| El Tequilazo Corp., et. al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:  10/22/2012

*Attorney's signature*

Michael Abdan (MA3762)
*Printed name and bar number*

Law Office of Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
*Address*

ma@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*