AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Carlos Castillo | ) |
|---|---|
| Plaintiff | ) |
| v. | )   Case No.   12-CV-03180-AKH |
| El Tequilazo Corp., et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Carlos Castillo

Date: 01/17/2014

*Attorney's signature*

Alexander T. Coleman, Esq. (AC 1717)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Blvd., Suite 328
Great Neck, New York 11021
*Address*

atc@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*