UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS CASTILLO et al., <br><br> Plaintiffs, <br> -against- <br><br> EL TEQUILAZO CORP., ABELARDO LONGAS, LAZARO NAVARRO, FERNANDO NAVARRO and JUAN NAVARRO, <br><br> Defendants | Docket No.: 12 CV 3180 (AKH) |

### NOTICE OF APPEARANCE OF COUNSEL

**To: The Clerk of the Court and All Parties:**

**I, VICTOR J. MOLINA,** an attorney admitted to practice in this court hereby appear in the within case as counsel for: **Defendant ABELARDO LONGAS**

Dated:   Bronx, New York
         March 31, 2014

*[signature]*

**VICTOR J. MOLINA, Esq.**
VJM-1741
Attorney for Defendants
930 Grand Concourse, Ste. 1A
Bronx, NY 10451
Tel.: (718) 401-1600
Fax: (718) 401-1611