AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| CARLOS CASTILLO, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-CV-3180(AKH) |
| EL TEQUILAZO CORP., et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lazaro Navarro, Fernando Navarro, Juan Navarro              .

Date:    05/20/2014

/s/ Joshua Fingold
*Attorney's signature*

Joshua E. Fingold (JF0181)
*Printed name and bar number*

10 Rockefeller Plaza
16th Floor
New York, NY 10020

*Address*

josh@fingoldlaw.com
*E-mail address*

(212) 837-8490
*Telephone number*

(516) 977-1292
*FAX number*