UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS CASTILLO, on behalf of himself and all others similarly situated, DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated, CARLOS PALMA, on behalf of himself and all others similarly situated,

                Plaintiffs,

    -against-

EL TEQUILAZO CORP., ABELARDO LONGAS, individually, LAZARO NAVARRO, individually, FERNANDO NAVARRO, individually, and JUAN NAVARRO, individually,

                Defendants.

**PROPOSED ORDER**

**12-CV-3180 (AKH)**

---

**WHEREFORE**, Plaintiffs' proposed Notice of Collective Action Lawsuit is approved and it is hereby ordered that:

(1) Plaintiffs are authorized to send the Court-approved Notice of Collective Action Lawsuit along with a Consent to Join form to all identified employees of Defendants' in non-managerial positions, currently and/or formerly employed by Defendants from April 20, 2009 until the present; and

(2) Defendants are ordered to post the Notice of Collective Action Lawsuit in English and Spanish in a prominent place agreed upon by the parties, along with the Consent to Join form, within fifteen days of receipt of this Order, in all locations that the Defendants own and/or operate.

Dated: June _____, 2014        So Ordered: _____

                                                                        Honorable Alvin K. Hellerstein