**Joshua E. Fingold**
ATTORNEY AT LAW

10 Rockefeller Plaza
16th Floor
New York, NY 10020

212.837.8490
josh@fingoldlaw.com



RECEIVED
SEP 18 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14

September 17, 2014

Honorable Alvin Hellerstein
United States District Judge
Southern District of New York
The Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

SENT VIA ECF AND FAX – (212) 805-7942

   Re:   *Castillo et al. v. El Tequilazo, et al* (12-cv-3180)

Dear Judge Hellerstein:

   I represent the Navarro defendants in the above captioned case. I write to the Court to respectfully request an enlargement of discovery time period. There have been five prior enlargements granted by the Court.

   At the last status conference, held on August 22, 2014, the Court ordered all discovery to be complete between existing parties no later than September 19, 2014.

   The parties to this action have made substantial progress towards that goal, however, one defendant, Juan Navarro, and one plaintiff, Alejandro Cosme-Cogotzin, must still be deposed.

   Mr. Navarro lives in Mexico and needs several weeks of advanced notice in order to travel to New York for a deposition. The parties have agreed to a date certain deposition for Mr. Navarro on October 10, 2014.

   Mr. Navarro previously offered to make himself available for a deposition in Mexico. Rebecca Predovan, attorney for plaintiffs, indicated that she would object to that request, and would move to compel his deposition in New York.

   In order to avoid unnecessary motion practice, Mr. Navarro has agreed to travel to New York for his deposition, but the first available date when it would be feasible to do so is October 10, 2014. Multiple attorneys involved in this case have scheduling conflicts over the next two weeks because of existing obligations and upcoming religious

*(handwritten annotation by Judge:)* The date to complete discovery is enlarged to Oct. 31, 2014, and will not again be enlarged. 9-18-14 /s/ AKHellerstein

holidays. October 10, 2014 is the first open date for Mr. Navarro's deposition when all parties could participate.

The Navarro defendants have also requested to take the deposition to Alejandro Cosme-Cogotzin. Rebecca Predovan has indicated to me that she intends to file a motion to withdraw as Mr. Cogotzin's attorney. After that motion is decided by the Court, the Navarro defendants will need additional time to file a motion to compel Mr. Cogotzin's deposition.

I believe that after these two depositions are competed that there will be no open discovery between the existing parties in this case, except, defendant Abelardo Longas has failed comply with existing court orders concerning discovery. Ms. Predovan and I respectfully reserve our rights to pursue further relief from the Court regarding that matter.

The newly added defendants have not yet answered the complaint, and a new plaintiff filed paperwork today to join the class. Discovery has not yet commenced between these parties. Accordingly, this request will not impact the date in which this case is ready for trial.

I have consulted with my opposing counsel, Rebecca Predovan. She has indicated to me that she has no objection to the enlargement of the discovery time period.

Respectfully submitted,

*Joshua E. Fingold*
Joshua Fingold

Cc: Rebecca Predovan, Esq. – Sent via Email & ECF
Attorney for Plaintiffs

Benjamin Sharav, Esq. – Sent via Email & ECF
Victor Molina, Esq.
Attorneys for Aberlardo Longas