UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS CASTILLO, on behalf of himself and all others similarly situated, DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated, CARLOS PALMA, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

EL TEQUILAZO CORP., MAELO CORPORATION d/b/a CHIPS AND SALSA, MARITZA ORTIZ a/k/a MARITZA SEGUERO-VELEZ, individually, ELENA ZULUAGA a/k/a LUZELENA ZULUAGA, individually, ABELARDO LONGAS, individually, LAZARO NAVARRO, individually, FERNANDO NAVARRO, individually, and JUAN NAVARRO, individually,

                Defendants.



**NOTICE OF MOTION**

**12-CV-3180(AKH)**

*So ordered 9-19-14*

PLEASE TAKE NOTICE, that upon the annexed Declaration of Rebecca S. Predovan, Esq., dated September 18, 2014, and the Exhibits to that Declaration, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, located at 500 Pearl Street, New York, New York, 10007 at a date and time to be determined by the Court, for an order, pursuant to Local Civil Rule 1.4:

1. Allowing the undersigned to withdraw as counsel of record for Plaintiff Alejandro Cosme Cogotzin only; and,

2. Such other and further relief as to the Court deems just and proper.

Dated: September 18, 2014
      Great Neck, New York

                                          Rebecca S. Predovan (RP 7075)
                                          Borrelli & Associates, PLLC
                                          *Attorneys for Plaintiffs*
                                          1010 Northern Boulevard, Suite 328
                                          Great Neck, New York 11021
                                          (516) 248-5550