```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS CASTILLO, on behalf of himself and all others similarly situated, DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated, CARLOS PALMA, on behalf of himself and all others similarly situated,

               Plaintiffs,

  -against-

EL TEQUILAZO CORP., MAELO CORPORATION d/b/a CHIPS AND SALSA, MARITZA ORTIZ a/k/a MARITZA SEGUERO- VELEZ, individually, ELENA ZULUAGA a/k/a LUZELENA ZULUAGA, individually, ABELARDO LONGAS, individually, LAZARO NAVARRO, individually, FERNANDO NAVARRO, individually, and JUAN NAVARRO, individually,

**CLERK'S CERTIFICATE**

12-CV-3180(AKH)

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced against defendant Elena Zuluaga on August 19, 2014 with the filing of an Amended Complaint and Summons, a copy of the Amended Complaint and Summons was served on defendant, Elena Zuluaga on August 28, 2014, by delivering to and leaving with Alejandra Lopez, a suitable person to accept service on behalf of Elena Zuluaga and mailing a copy of said documents via first class mail, proof of such service thereof was filed on September 2, 2014.

     I further certify that the docket entries indicate that defendant Elena Zuluaga has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Elena Zuluaga is hereby noted.

Dated: New York, New York
       September 25, 2014

                                           RUBY J. KRAJICK
                                           Clerk of Court

                             By:_____
                                   Deputy Clerk