**Joshua E. Fingold**
ATTORNEY AT LAW

10 Rockefeller Plaza
16th Floor
New York, NY 10020

212.837.8490
josh@fingoldlaw.com

October 31, 2014

Honorable Alvin Hellerstein
United States District Judge
Southern District of New York
The Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

**SENT VIA ECF AND FIRST CLASS MAIL**

    Re:    *Castillo et al. v. El Tequilazo, et al* (12-cv-3180)

Dear Judge Hellerstein:

Pursuant to Rule 2(E) of your Individual Rules, we write to advise the Court of a discovery dispute in the above captioned matter. The dispute involves our allegation that defendant Abelardo Longas provided false and perjurous discovery responses.

**<u>Navarro Defendants' Position</u>**

This dispute arises from Defendant Longas's false responses to discovery demands served by the plaintiffs. Defendant Longas has resisted providing discovery responses in this case since its filing.

At the status conference held on June 25, 2014, the Court ordered Longas to provide responses and also ordered that Longas sign an affidavit attesting to the truth of those responses. Defendant Longas provided the ordered discovery responses and the required affidavit. Those responses indicate that the only accountant for El Tequilazo Corp. was Carlos Telias.

On October 15, 2014, the Navarro defendants deposed Longas and learned that the actual accountant for El Tequilazo was Manuel Vidal. We also learned, for the first time, that Vidal is apparently an investor in the restaurant.

Attached for the Court's consideration is the page from the discovery response of Longas where he indicates the name of the accountant for the business, his affidavit attesting to those responses and the relevant page from his recent deposition where he explained the discrepancy by stating that he "forgot." The Longas deposition transcript was first made available to us yesterday.

The Navarro defendants believe that Manuel Vidal should be added as a defendant to this case, and in any case, it is necessary to depose him. I realize that the Court is not inclined to extend discovery again, but given Longas's deception, I respectfully ask that the Court to enlarge the period of discovery one final time and permit us to serve a subpoena and notice of deposition upon Manuel Vidal. I also respectfully request that the deposition be *so ordered* by the Court.

The Navarro defendants had previously attempted to depose Vidal, since his name appears on the tax returns, but we were unsuccessful in locating him. At the deposition, we were able to confirm the correct address for Vidal and also obtain his phone number. With the Court's permission, we can now proceed with Vidal's deposition.

Respectfully submitted,

Joshua Fingold

**<u>Defendant Longas's Position</u>**

Navarro Defendants' accusations of perjury are unfounded and inflammatory. Manuel Vidal is accountant for Maello Corp. Defendant Longas answered truthfully to the best of his knowledge regarding accountant for El Tequilazo Corp.

Defendant Longas urges court to reject request for subpoena of Mr. Vidal.

- Identification of address and phone number of El Maelo Corp., Chips and Salsa Restaurant and/or its successors or assigns· accountant;

**Accountant for Navarros:**
Alfred Nesarajah.
Weygant, Nesarajah & Co.,
LLC. 590 Madison Avenue
NewYork, NY 10022

**Accountant for El Tequilazo**
Carlos Telias, Florida Office
23123 State Road, Ste. 236,
Boca Raton, FL 33428Weygant, Nesarajah & Co.,

- Copies of all documents: received from, provided to and or maintained by El Tequilazo Corp., El Mayelo Corp., Chips and Salsa Restaurant and/or its successors or assigns' accountant;
- Copies of any tax or financial records created, maintained by or concerning El Tequilazo Corp.;
- Identification of Meritza Ortiz"s address, electronic mailing address and phone number;

**Maritza Seguro-Velez**
Addr.: 80-15 Grenfell St. Apt. B3,
Kew Gardens, NY 11215

- Identification of the full name of Mr. Longas's accountant including address, electronic mailing address and phone number;

**Accountant for El Tequilazo**
Carlos Telias, Florida Office
23123 State Road, Ste. 236,
Boca Raton, FL 33428Weygant, Nesarajah & Co.,

- Identification of the full name of El Tequilazo Corp.'s accountant including address, electronic mailing address and phone number;

**Accountant for Navarros:**
Alfred Nesarajah.
Weygant, Nesarajah & Co.,

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CARLOS CASTILLO,

                              Plaintiff,

            -against-

EL TEQUILAZO CORP., ABELARDO LONGAS,
LAZARO NAVARRO, FERNANDO NAVARRO and
JUAN NAVARRO,

                              Defendants
----------------------------------------X

DOCKET NO.: 12-3180 (AKH)

**AFFIDAVIT**

STATE OF NEW YORK }
                       } ss.
COUNTY OF BRONX  }

      I, ABELARDO LONGAS, depose and state that I have searched the documents and records in my possession diligently for materials demanded by Plaintiffs in their discovery requests. The attached documents represent all such documents that are in my possession or under my control.

Dated: July 2, 2014

                                                      _____
                                                      ABELARDO LONGAS

Signed and sworn to before me on
July 2, 2014

Notary Public

MICHAEL S. RUIVIVAR
Notary Public, State of New York
No. 01RU6033465
Qualified in New York County
Commission Expires Sept. 10, 10/22/2014

```
                                                                    1

 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     - - - - - - - - - - - - - - - - - - - -x
 4   CARLOS CASTILLO, on behalf of himself
     and all others similarly situated,
 5   DANIEL RODRIGUEZ, on behalf of himself
     and all others similarly situated,
 6   CARLOS PALMA, on behalf of himself
     and all others similarly situated,
 7
                        Plaintiffs,
 8
          -against-                              12-CV-3180
 9                                                 (AKH)
     EL TEQUILAZO CORP., MAELO CORPORATION
10   d/b/a CHIPS AND SALSA, MARITZA ORTIZ
     a/k/a MARITZA SEGURO-VALEZ,
11   individually, ELENA ZULUAGA a/k/a
     LUZELENA ZULUAGA, individually,
12   ABELARDO LONGAS, individually, LAZARO
     NAVARRO, individually, FERNANDO
13   NAVARRO, individually, and JUAN
     NAVARRO, individually,
14
                        Defendants.
15   - - - - - - - - - - - - - - - - - - - -x

16
                         October 15, 2014
17                       1:30 p.m.

18

19           Deposition of ABELARDO LONGAS, taken

20   by Defendants, pursuant to Notice, held at the

21   offices of Edward V. Sapone, P.C., 40 Fulton Street,

22   New York, New York, before Ann Brunetti, a Shorthand

23   Reporter and Notary Public within and for the State

24   of New York.

25
```

127

```
 1                      A. Longas
 2   Response to Post-Deposition Discovery Demands,
 3   correct?
 4        A    Yes.
 5        Q    And it starts out reading "Defendant
 6   Abelardo Longas, by his attorneys, Office of Victor
 7   J. Molina, provide the following information to
 8   Plaintiffs in response to Plaintiffs' demands made
 9   in letter from Rebecca Predovan, Esq."
10             It starts out saying that, correct,
11   sir?
12        A    That's correct.
13        Q    And as we scroll down to page 3, it
14   calls for identification of address and phone number
15   of El Maelo Corp., Chips and Salsa Restaurant and/or
16   its successors or assigns --
17        A    Wait a second.
18        Q    The top of page 3.
19             You there?
20        A    Yes.
21        Q    It calls for identification of address
22   and phone number of El Maelo Corp., Chips and Salsa
23   Restaurant and/or its successors or assigns,
24   accountant, correct?
25        A    That's correct.
```

```
 1                       A. Longas
 2        Q       And this is a document that you
 3   produced in this very case, correct?
 4        A       That's correct.
 5        Q       And you swore under the penalties of
 6   perjury that the information on it was accurate and
 7   complete, correct?
 8        A       That's correct.
 9        Q       And what you put on this document is
10   accountant for Navarros Alfred Nesarajah, correct?
11        A       That's correct.
12        Q       Accountant for El Tequilazo, Carlos
13   Telias, correct?
14        A       That's correct.
15        Q       Now, nowhere on this form that you
16   submitted through Benjamin Sharav, your lawyer, did
17   you list Mr. Vidal as an accountant for Chips and
18   Salsa, correct?
19        A       That's correct.  I forgot.
20        Q       When, in fact, Mr. Vidal is the
21   accountant for Chips and Salsa in 2014, correct?
22        A       Yes, that's correct.
23        Q       And was he the accountant for Chips
24   and Salsa in 2013?
25        A       Yes.
```

129

```
 1                      A. Longas
 2         Q     So you did not put accurate
 3   information on your document, correct?
 4         A     I forgot.  I forgot about Mr. Vidal.
 5   Everything I put is true.  I mean I didn't lie.  I
 6   forgot about Mr. Vidal, I don't know why.
 7         Q     Did you review this before it was
 8   submitted in this case?
 9         A     Yes, I did.
10         Q     Did you review it before you signed
11   the document --
12         A     Yes.
13         Q     Let me finish, please.
14               -- swearing to its accuracy and
15   truthfulness?
16         A     Yes, I did.
17         Q     And so when you read it, you did not
18   see Mr. Vidal on there, correct?
19         A     Yes.
20         Q     And you did not say anything or add
21   him, correct?
22         A     No, because I totally forgot about it.
23   I thought it was about Tequilazo.  There's no point
24   for me to lie that he's the accountant.  He has all
25   the records.  He's the accountant.
```