UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Castillo, et. al.              Plaintiff,        Case No. 12-CV-03180 (AKH)

    -against-

El Tequilazo Corp., et.al.     Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Joshua E. Fingold_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JF0181_____   My State Bar Number is 4679999_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Joshua Fingold, Esq._____
           FIRM ADDRESS: 182 East 95th Street, New York, NY 10128_____
           FIRM TELEPHONE NUMBER: (516) 336-9025_____
           FIRM FAX NUMBER: (516) 977-1292_____

NEW FIRM:   FIRM NAME: Joshua E. FIngold, Esq._____
           FIRM ADDRESS: 10 Rockefeller Plaza, 16th Floor New York, NY 10020
           FIRM TELEPHONE NUMBER: (212) 837-8490_____
           FIRM FAX NUMBER: (516) 977-1292_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 8/27/15                           /s/ Joshua E. Fingold_____
                                          ATTORNEY'S SIGNATURE