# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

September 2, 2015

*Via ECF*

The Honorable Alvin K. Hellerstein
United States District Judge for the
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007-1312

    Re:    *Castillo et. al. v. El Tequilazo, et. al., Civil Action No.: 12-cv-3180*

Dear Judge Hellerstein:

    This office represents Plaintiffs, Carlos Castillo, Daniel Rodriguez, Carlos Palma, Cirilo Jimenez, Daniel Rodriguez, Diego Rodriguez, Jose P. Tlaxco, Natividad Gavilan, Pedro Toxqui Morales, Carlos Palma Escobar and Adrian Gutierrez. Plaintiffs allege that they are former employees of Defendants who violated the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). Plaintiffs respectfully submit this letter to request an adjournment of the conference currently scheduled for Friday, September 11, 2015.

    Plaintiffs' counsel seeks an adjournment of the conference due to a scheduling conflict. Defendants consent to the request, and the parties respectfully propose the following dates for the conference: September 25, October 2 and October 9.

    We thank the Court for its time and attention to this matter.

                                                               Respectfully,

                                                              Jeffrey R. Maguire, Esq.
                                                               *For the Firm*

C:     Joshua Fingold, Esq. (via ECF)
        Edward V. Sapone, Esq. (via ECF)
        Chase S. Ruddy, Esq. (via ECF)
        Victor J. Molina, Esq (via ECF)
        Benjamin Sharav, Esq. (via Email)